IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 5:98-cr-84 (HL) |
| | : |
| JAMES BODY, | : |
| | : |
| Defendant. | : |

# ORDER

By Order entered July 1, 2008, The United States Court of Appeals for the Eleventh Circuit vacated this Court's Order of April 2, 2008 (Doc. 88), which denied Defendant's Motion Under 18 U.S.C. § 3582(c)(2) (Doc. 86). The appellate court has remanded the matter at the request of all parties, for the purpose of allowing Defendant to present his Motion with the benefit of appointed counsel. The Executive Director of the Federal Defender's Office was previously appointed to represent Defendant with regard to his appeal and that Office is hereby appointed to continue its representation of Defendant on remand. The Federal Defender's Office is directed to file a brief on Defendant's behalf not later than 30 days from the date of entry of this Order. The Government shall have 20 days from the date of filing of the brief to file its response. The Defendant's reply brief, if any, shall be due 10 days from the date of filing of the Government's response brief.

SO ORDERED, this 3rd day of July, 2008.

*s/ Hugh Lawson*
HUGH LAWSON, CHIEF JUDGE